UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  　　　　　　　　　　　　　　　　　Chapter 13

　　Elwood Howard,　　　　　　　　　　　Bky. No. 25-12748
　　Debtor(s)

| | | |
|---|---|---|
| **STATE OF TEXAS** | ) | |
| | ) ss. | |
| **COUNTY OF DALLAS** | ) | **AFFIDAVIT** |

　　I, __Gavin Douglas__, a __Title Specialist__ of Santander Bank, N.A., as servicer for Santander Consumer USA Inc., declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information, and belief.

　　1.　This affidavit is based on the loan payment records of Santander Bank, N.A., as servicer for Santander Consumer USA Inc. as of August 28, 2025. These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records. These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

　　2.　Santander Bank, N.A., as servicer for Santander Consumer USA Inc. has a valid, perfected security interest in the following (the "Collateral"): 2019 Ford Fusion, VIN: 3FA6P0RUXKR125737.

　　3.　$36,083.51 is the outstanding balance under the contract.

　　4.　$30,484.72 is the amount of the existing delinquency under the contract.

　　5.　$19,700.00 is the fair market value of the Collateral.

　　6.　No appropriate insurance has been verified.

　　Further your affiant sayeth not.

Dated: __10/07/2025__

Subscribed and sworn to before me on this
__7th__ day of __October__, 2025

Notary Public __Antwanette Crump__
My commission expires: __5-7-29__

Printed Name: Gavin Douglas
Title: Title Specialist

Creditor: Santander Bank, N.A., as servicer for Santander Consumer USA Inc.

[Notary Seal: ANTWANETTE L. CRUMP, NOTARY PUBLIC, STATE OF TEXAS, ID #13308879, EXPIRES 05-07-2029]